UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

------------------------------------------------------x
RONALD G. CHEEK,
an individual,

        Plaintiff,

vs.

LINCARE INC. OF DELAWARE, ET AL.

        Defendant.
------------------------------------------------------x

CASE NO.: 2:17-cv-4712-KDE-MBN

Judge: Kurt D. Engelhardt

Magistrate Judge: Michael B. North

## ORDER

Having been advised that the parties have resolved Plaintiff's claims against defendants,

IT IS HEREBY ORDERED that all claims asserted by Plaintiff's claims are hereby **DISMISSED WITH PREJUDICE,** with each party to bear their own costs and attorneys' fees, subject to this Court retaining jurisdiction to enforce the terms of the settlement agreement. See Fed. R. Civ. P. 41(a)(2); *Hospitality House, Inc. v. Gilbert*, 298 F.3d 424, 430 (5th Cir. 2002).

NEW ORLEANS, LOUISIANA, this __1st__ day of _____February_____, 2018.

_____
JUDGE